■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHIRLEY ANN STOKES, Also Known as SHIRLEY KEITH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Forgery, 2nd Degree.) Present—Denman, P. J., Boomer, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHIRLEY ANN STOKES, Also Known as SHIRLEY KEITH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Attempted Forgery, 2nd Degree.) Present—Denman, P. J., Boomer, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY CRANS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Finnerty, J.—Attempted Conspiracy, 2nd Degree.) Present—Denman, P. J., Boomer, Green, Balio and Davis, JJ.